IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL C. BANKS | ) | Civil Action No. 11-210 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE LANCASTER |
| | ) | |
| v. | ) | Electronically Filed |
| | ) | |
| UNIVERSITY OF PITTSBURGH | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

**AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED,** WITH PREJUDICE, each party to bear its own fees and costs.

Date: 10/21/11

_____
Chief Judge Gary L. Lancaster